**No. 09-9984. Damon Emanuel Elliott, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3751, █

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 885.

**No. 09-9985. Michael G. Ryan, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3725.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9987. Eric Lee Jones, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3717.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9989. Carlos Javier Medina-Castellanos, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3736.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 404.

**No. 09-9990. Richard Hamblen, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3811.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 591 F.3d 471.

**No. 09-9992. Derrick Massey, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3799.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 581 F.3d 172.

**No. 09-9997. Riviera Marshall, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2426, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3792.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 24.

**No. 09-9998. Juvenile Male, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2427, 176 L. Ed. 2d 939, 2010 U.S. LEXIS 3817.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 417.